## JAMIE ATWOOD EARNINGS

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 11/2/18 | 1894 | $711.00 | 3/22/19 | 2023 | $414.00 |
| 11/9/18 | 1904 | $821.00 | 3/29/19 | 2031 | $450.00 |
| 11/16/18 | 1917 | $360.00 | 4/1/19 | 2033 | $108.00 |
| 11/23/18 | 1923 | $576.00 | 4/6/19 | 2036 | $554.00 |
| 11/30/18 | 1931 | $886.00 | 4/12/19 | 2037 | $1119.00 |
| 12/7/18 | 1937 | $612.00 | 4/19/19 | 2044 | $342.00 |
| 12/14/18 | 1942 | $851.00 | 4/26/19 | 2051 | $459.00 |
| 12/21/18 | 1948 | $816.00 | | | |
| 12/28/18 | 1955 | $518.00 | | | |
| 1/5/19 | 1964 | $495.00 | | | |
| 1/10/19 | 1966 | $252.00 | | | |
| 1/11/19 | 1970 | $342.00 | | | |
| 1/19/19 | 1978 | $321.00 | | | |
| 1/19/19 | 1979 | $136.00 | | | |
| 1/20/19 | 1980 | $350.00 | | | |
| 1/25/19 | 1984 | $684.00 | | | |
| 2/1/19 | 1987 | $340.00 | | | |
| 2/3/19 | 1990 | $198.00 | | | |
| 2/8/19 | 1993 | $502.00 | | | |
| 2/15/19 | 1997 | $414.00 | | | |
| 2/22/19 | 2003 | $660.00 | | | |
| 3/1/19 | 2004 | $432.00 | | | |
| 3/7/19 | 2006 | $495.00 | | | |
| 3/9/19 | 2010 | $298.00 | | | |
| 3/12/19 | 2011 | $407.00 | | | |
| 3/15/19 | 2019 | $360.00 | | | |



Colmar Contracting
Tony D'Alessandro
9 Todd Rd
Carlisle, PA 17013

2056

PAY TO THE ORDER OF  Colmar Abbood

One Hundred Fifteen & 00/00  DOLLARS

Members 1st Federal Credit Union

DATE 4/4/16
$ 315.00

FOR _____

5/4/19

Case 1:19-bk-02500-HWV    Doc 15    Filed 06/18/19    Entered 06/18/19 17:27:13    Desc
Main Document    Page 2 of 2