```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 19-02500-HWV
Jamie J. Atwood                                                 Chapter 13
Tammy J. Atwood
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh              Page 1 of 2           Date Rcvd: Jul 15, 2019
                             Form ID: ntcnfhrg          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db/jdb       +Jamie J. Atwood,    Tammy J. Atwood,   100 Frost Road,   Gardners, PA 17324-9019
5208805      +Acc Adv Agnc,   510 N Park Rd,   Wyomissing, PA 19610-2941
5208806      +Adams Diagnostic Imaging,    20 Expedition Trail,   Suite 102,   Gettysburg, PA 17325-8599
5208807      +Advanced Disposal,    Shippensburg LC,   135 Vaughn Road,   Shippensburg, PA 17257-9727
5208808      +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,   Po Box 8875,
               Camp Hill, PA 17001-8875
5208810      +Caine & Weiner,   12005 Ford Road,   Dallas, TX 75234-7262
5208812      +Commercial Acceptance,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
5208814      +Cumberland Tax Collection Bureau,    21 Waterford Dr #201,   Mechanicsburg, PA 17050-8268
5208816      +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
5208817      +Geico,   One GEICO Plaza,   Washington, DC 20076-0005
5208818      +KML Law Group,   Suite 5000 BNY Mellon Bank,    701 Market Street,   Philadelphia, PA 19106-1538
5208819      +Lou Spivack, P.C.,    5447 E. 5th Street,   Suite 205,   Tucson, AZ 85711-2346
5208821       MetEd,   PO BOX 3687,   Akron, OH 44309-3687
5208823       PA Department of Revenue,    PO Box 281210,   Harrisburg, PA 17128-1210
5208842       Peerless Credit Services, Inc,    PO Box 518,   Middletown, PA 17057-0518
5208843       Professional Account Services, Inc.,    PO Box 188,   Brentwood, TN 37024-0188
5208844      +Receivable Management,    240 Emery St,   Bethlehem, PA 18015-1980
5208845       Snap-On Credit LLC,    P.O. Box 1125,   Libertyville, IL 60048-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5208811       E-mail/Text: bmg.bankruptcy@centurylink.com Jul 15 2019 19:56:14     Century Link,
               PO Box 1319,   Charlotte, NC 28201-1319
5208815      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 15 2019 19:56:25
               Diversified Consultants, Inc.,   Diversified Consultants, Inc.,   Po Box 551268,
               Jacksonville, FL 32255-1268
5208820       E-mail/Text: camanagement@mtb.com Jul 15 2019 19:55:45     M & T Bank,   Po Box 844,
               Buffalo, NY 14240
5208822      +E-mail/Text: Bankruptcies@nragroup.com Jul 15 2019 19:56:41     National Recovery Agency,
               2491 Paxton St,   Harrisburg, PA 17111-1036
5208824      +E-mail/Text: bkrnotice@prgmail.com Jul 15 2019 19:56:03     Paragon Revenue Group,
               216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5213838      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2019 19:55:58
               Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
5208846      +E-mail/Text: bankruptcy@sw-credit.com Jul 15 2019 19:56:05     Southwest Credit Systems,
               4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                            TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5208809*     +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,   Po Box 8875,
               Camp Hill, PA 17001-8875
5208813*     +Commercial Acceptance,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
5208825*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208826*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208827*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208828*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208829*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208830*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208831*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208832*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208833*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208834*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208835*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208836*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208837*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208838*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208839*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208840*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5208841*     +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
                                                                                 TOTALS: 0, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 1 Jamie J. Atwood Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 2 Tammy J. Atwood Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jamie J. Atwood,

    **Debtor 1**

Tammy J. Atwood,

    **Debtor 2**

Chapter     13

Case No.     1:19–bk–02500–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)