## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jamie J. Atwood | ) | Chapter 13 |
| Tammy J. Atwood | ) | Case No. 1:19-bk-02500 |
| Debtors | ) | |
| | ) | |
| M&T Bank | ) | |
| Movant | ) | |
| | ) | |
| Jamie J. Atwood | ) | |
| Tammy J. Atwood, | ) | |
| Respondents | ) | |
| Charles DeHart, III, Trustee | ) | |

## DEBTORS' RESPONSE TO M&T BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, M&T Bank, filed its Motion for Relief from Stay on September 25, 2019.

2. Debtors acknowledges some mortgage payments are past due.

3. A mortgage payment was mailed to the Movant by the Trustee on September 26, 2019 in the amount of $853.05.

4. Debtors desire the opportunity to cure any post-petition mortgage arrears and keep their home.

5. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Jamie J. Atwood and Tammy J. Atwood, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed September 25, 2019 by M&T Bank.

Dated: October 8, 2019

Respectfully Submitted,

/s/Stephen Wade Parker
Stephen Wade Parker (315606)
Counsel for Debtors
Mooney Law
2 S. Hanover Street
Carlisle, PA 17013
Swp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax