UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMIE J. ATWOOD
TAMMY J. ATWOOD            CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-02500-HWV

JAMIE J. ATWOOD
TAMMY J. ATWOOD

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on October 23, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 23, 2020, the Debtor(s) is/are $7275.00 in arrears with a plan payment having last been made on Feb 10, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 23, 2020

<pre>
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

IN RE:    JAMIE J. ATWOOD
           TAMMY J. ATWOOD            CHAPTER 13

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
           Movant
                                                    CASE NO:   1-19-02500-HWV

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 23, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER, PA  17331- | SERVED ELECTRONICALLY |
| JAMIE J. ATWOOD<br>TAMMY J. ATWOOD<br>100 FROST ROAD<br>GARDNERS, PA  17324 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 23, 2020                          Respectfully submitted,
                                                            Liz Joyce
                                                            for Charles J. DeHart, III, Trustee
                                                            Suite A, 8125 Adams Dr.
                                                            Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           eMail: dehartstaff@pamd13trustee.com