United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02500-HWV
Jamie J. Atwood  Chapter 13
Tammy J. Atwood
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Nov 25, 2020      Form ID: pdf010      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jamie J. Atwood, Tammy J. Atwood, 100 Frost Road, Gardners, PA 17324-9019 |
| 5208805 | + | Acc Adv Agnc, 510 N Park Rd, Wyomissing, PA 19610-2941 |
| 5208806 | + | Adams Diagnostic Imaging, 20 Expedition Trail, Suite 102, Gettysburg, PA 17325-8599 |
| 5208807 | + | Advanced Disposal, Shippensburg LC, 135 Vaughn Road, Shippensburg, PA 17257-9727 |
| 5208808 | + | Bureau of Accout Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5208810 | + | Caine & Weiner, 12005 Ford Road, Dallas, TX 75234-7262 |
| 5208812 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5208814 | + | Cumberland Tax Collection Bureau, 21 Waterford Dr #201, Mechanicsburg, PA 17050-8268 |
| 5208816 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 5208817 | + | Geico, One GEICO Plaza, Washington, DC 20076-0005 |
| 5208818 | + | KML Law Group, Suite 5000 BNY Mellon Bank, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5208819 | + | Lou Spivack, P.C., 5447 E. 5th Street, Suite 205, Tucson, AZ 85711-2346 |
| 5231149 | + | Met Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5208821 | | MetEd, PO BOX 3687, Akron, OH 44309-3687 |
| 5208823 | | PA Department of Revenue, PO Box 281210, Harrisburg, PA 17128-1210 |
| 5208842 | | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5208843 | | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5208844 | + | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 5208845 | | Snap-On Credit LLC, P.O. Box 1125, Libertyville, IL 60048-4125 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5208811 | | Email/Text: bmg.bankruptcy@centurylink.com | Nov 25 2020 19:26:00 | Century Link, PO Box 1319, Charlotte, NC 28201-1319 |
| 5208815 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 25 2020 19:27:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 5235917 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2020 19:58:32 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5208820 | | Email/Text: camanagement@mtb.com | Nov 25 2020 19:26:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 5232505 | | Email/Text: camanagement@mtb.com | Nov 25 2020 19:26:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5208822 | + | Email/Text: Bankruptcies@nragroup.com | Nov 25 2020 19:27:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5208824 | + | Email/Text: bkrnotice@prgmail.com | Nov 25 2020 19:26:00 | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5213838 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 19:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5208846 | + | Email/Text: bankruptcy@sw-credit.com | Nov 25 2020 19:26:00 | Southwest Credit Systems, 4120 International |

Parkway, Suite 1100, Carrollton, TX 75007-1958

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5208809 | *+ | Bureau of Accout Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5208813 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5208825 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208826 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208827 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208828 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208829 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208830 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208831 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208832 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208833 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208834 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208835 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208836 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208837 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208838 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208839 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208840 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 5208841 | *+ | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Stephen Wade Parker | on behalf of Debtor 1 Jamie J. Atwood Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Tammy J. Atwood Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JAMIE J. ATWOOD | Chapter: 13 |
| Debtor 1 | Case No.: 1-19-02500-HWV |
| TAMMY J. ATWOOD | |
| Debtor 2 | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | |
| vs. Movant(s) | |
| JAMIE J. ATWOOD TAMMY J. ATWOOD | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 25, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)