| Fill in this information to identify the case: | |
| --- | --- |
| Debtor 1 | JAMIE J. ATWOOD |
| Debtor 2 (Spouse, if filing) | TAMMY J. ATWOOD |
| United States Bankruptcy Court for the Middle | District of Pennsylvania (State) |
| Case number | 1:19-BK-02500-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 3-1

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2020

**Last four digits** of any number you use to identify the debtor's account: XXXXXX1244

**New total payment:**
Principal, interest, and escrow, if any: $857.71

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $241.55    New escrow payment: $239.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   [X] No
   [ ] Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%
   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No
   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

| Debtor 1 | **JAMIE J. ATWOOD** | Case number *(if known)* **1:19-BK-02500-HWV** |
|---|---|---|
| | First Name Middle Name Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

[ ] I am the creditor.

[X] I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Dana  O'Brien                                         Date    4/3/2020
   Signature

Print:    Dana                                    O'Brien              Title   Authorized Agent
          First Name        Middle Name           Last Name

Company: McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number     Street

           Roswell              GA           30076
           City                 State        ZIP Code

Contact phone    (312) 346-9088 X5188                       Email   Dana.OBrien@mccalla.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 1:19-BK-02500-HWV |
| | Chapter: 13 |
| | Judge: Henry W. Van Eck |

JAMIE J. ATWOOD
TAMMY J. ATWOOD

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

JAMIE J. ATWOOD
100 FROST ROAD
GARDNERS, PA 17324

TAMMY J. ATWOOD
100 FROST ROAD
GARDNERS PA 17324

STEPHEN WADE PARKER
MOONEY LAW                                              (Served Via ECF Notification)
230 YORK STREET,
HANOVER, PA 17331

CHARLES J DEHART III                                    (Served Via ECF Notification)
8125 ADAMS DRIVE SUITE A,
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE                                   (Served Via ECF Notification)
228 WALNUT STREET SUITE 1190
HARRISBURG, PA 17101


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:  April 03, 2020        By:   /s/Dana  O'Brien
                                          Dana  O'Brien
                                          Authorized Agent

# M&T Bank

REPRESENTATION OF PRINTED DOCUMENT

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT



**Contact Us**

| | | |
|---|---|---|
| ✏️ | Customer Service: | 1-800-411-7627 |
| | Property Tax: | 1-866-406-0949 |
| | Property Insurance: | 1-888-882-1847 |
| | Home Purchase or Refinancing: | 1-800-479-1992 |
| | NMLS #381076 | |
| 🏛️ | Correspondence Address: | |
| | | PO BOX 1288 |
| | | BUFFALO, NY 14240-1288 |
| 🖱️ | | https://onlinebanking.mtb.com |

TAMMY J ATWOOD
JAMIE J ATWOOD
100 FROST RD
GARDNERS PA 17324-9019

Loan Number: ■
Property Address: 100 FROST RD
GARDNERS PA, 17324
Statement Date: 03/10/20

Dear Customer,

As your mortgage partner, we strive to exceed your servicing expectations. We are providing you with the following review to ensure there is enough money available in your account to cover any upcoming property tax and/or homeowners insurance payments. Please refer to our Frequently Asked Questions, page 4, or call one of the appropriate customer service numbers referenced above with any questions or concerns.

**Based on our review, you do not have enough money in your escrow account. Your payment is changing.**

This escrow shortage was caused by changes in your taxes, insurance or escrow payments. Your Account History, page 2, shows what has already happened on your account. To see what we anticipate happening with your account over the next 12 months, turn to Projected Escrow Payments, page 3.

### Your Mortgage Payment Options

**Option 1**
Pay your escrow shortage in full using the coupon below or at onlinebanking.mtb.com.

| Payment Information | Current Monthly Payment | New Monthly Payment beginning on 05/01/2020 |
|---|---|---|
| Principal & Interest: | $617.98 | $617.98 |
| Escrow Payment: | $238.18 | $238.02 |
| Escrow Shortage: | $0.00 | $0.00 |
| Total Payment: | $840.79 | $856.00 |

**OR**

**Option 2**
Spread your escrow shortage of $20.49 over the next 12 months. No action needed.

| Payment Information | Current Monthly Payment | Pay Shortage Over 12 months beginning on 05/01/2020 |
|---|---|---|
| Principal & Interest: | $617.98 | $617.98 |
| Escrow Payment: | $238.18 | $238.02 |
| Escrow Shortage: | $0.00 | $1.71 |
| Total Payment: | $840.79 | $857.71 |

---

INTERNET REPRINT

# M&T Bank

## ESCROW SHORTAGE COUPON

Loan Number: ■



Once your escrow shortage is applied, the payment amount will be adjusted in accordance with Option 1 referenced above. Your monthly mortgage payment may still increase once the escrow account is paid.

**Payment Amount**

Amount Due: **$20.49**

M&T BANK
PO BOX 64787
BALTIMORE MD 21264-4787

## Your Account History**

By comparing the actual escrow activity with the previous projections listed, you can determine where a difference may have occurred. If you have any questions about this statement, please call our Customer Service Department toll free at 1-800-411-7627.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $1,217.18 | -$3,743.92 |
| Dec 19 | $238.18 | $222.81 * | Hazard Ins | $979.00 | * | $476.36 | -$3,521.11 |
| Jan 20 | $238.18 | * | | | | $714.54 | -$3,521.11 |
| Feb 20 | $238.18 | $222.81 * | Hazard Ins | | $977.00 * | $952.72 | -$4,275.30 |
| Mar 20 | $238.18 | $5,154.84 * | | | | $1,190.90 | $879.54 |
| Apr 20 | $238.18 | $241.55 * | County Tax | $429.18 | $429.18 | $999.90 | $691.91 |

The total amount of escrow payments received during this period was $5,842.01 and the total escrow disbursements were $1,406.18.

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obliga ion. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

## Projected Escrow Payments Over the Next 12 Months

**Anticipated Annual Disbursements**

| | |
|---|---|
| Taxes: | $1,449.92 |
| Hazard Ins: | $977.00 |
| County Tax: | $429.18 |
| Total: | $2,856.10 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

**Projected Escrow Balance Summary**

M&T Bank expects to pay $2,856.10 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Taxes and Insurance: | $2,856.10 |
| Divided by 12 months: | $238.02 |
| *New Monthly Escrow Payment: | $238.02 |

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | *Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $691.91 | $998.80 |
| May 20 | $238.02 | | | $929.93 | $1,236.82 |
| Jun 20 | $238.02 | | | $1,167.95 | $1,474.84 |
| Jul 20 | $238.02 | | | $1,405.97 | $1,712.86 |
| Aug 20 | $238.02 | $1,449.92 | School Tax | $194.07 | $500.96 |
| Sep 20 | $238.02 | | | $432.09 | $738.98 |
| Oct 20 | $238.02 | | | $670.11 | $977.00 |
| Nov 20 | $238.02 | | | $908.13 | $1,215.02 |
| Dec 20 | $238.02 | $977.00 | Hazard Ins | $169.15 | $476.04 |
| Jan 21 | $238.02 | | | $407.17 | $714.06 |
| Feb 21 | $238.02 | | | $645.19 | $952.08 |
| Mar 21 | $238.02 | | | $883.21 | $1,190.10 |
| Apr 21 | $238.02 | $429.18 | County Tax | $692.05 | $998.94 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements**

| | |
|---|---|
| Projected Beginning Balance | $691.91 |
| -Required Minimum Balance | $998.80 |
| Escrow Shortage Amount | $20.49 |

Your lowest monthly escrow balance for the next 12 months should reach $476.04, which equals a total of two months escrow payment. To reach this balance, your required escrow amount after your 4/20 payment should be $998.80, whereas your actual escrow balance is $691.91. The difference, $20.49, represents the amount needed in your escrow account and will be spread over the next 12 payments unless this amount is paid in full.

*Based on these calculations for the coming year, if you pay your escrow amount in full your new total payment amount effective 05/01/20 will be the amount reflected in Option 1 on Page 1 of this statement. If you choose to spread the escrow amount over the next 12 payments your total payment amount will be the amount reflected in Option 2 of Page 1 of this statement.

**This has been adjusted for the bankruptcy proof of claim.

# Mortgagor Guide to Frequently Asked Escrow Analysis Questions (FAQ Document)

- **What is an escrow analysis and why am I receiving this document?**
  Federal mortgage laws require all mortgage lenders to perform an escrow analysis on all loans minimally once a year. As a result, M&T Bank conducts an escrow analysis accordingly. The analysis is a calculation of your escrowed items – when they are due, the frequency of pay (annually, semi-annually, and quarterly) and the amount of the payment. This then determines if we are over collecting, under collecting or accurately collecting funds to make these payments on your behalf.
  There are several reasons why an off-cycle analysis is performed. Common reasons include: loan is acquired or transferred, customer request (new exemption or adjusted bill issued), change in insurance or tax due dates.

- **What is an escrow account?**
  An escrow account is an account set inside your mortgage account. On a monthly basis funds you remit are placed in the account, held and when the time comes, paid to your tax and/or insurance agency. A full accounting of these funds appears on the following statements: monthly mortgage statement, year-end statement and your escrow analysis statement. Typically the payments made are to your real estate tax municipalities and insurance agent. Other payments may be made according to your mortgage agreement.

- **What is an escrow payment?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **How do you determine the required beginning escrow balance?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **What is an escrow reserve also known as a cushion?**
  An escrow reserve also known as a cushion is the amount of money collected in the escrow to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and prevents your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies.

- **How is an escrow analysis completed?**
  We itemize all applicable disbursements such as the real estate property tax and insurance premium which are scheduled to be paid on your behalf in the next 12 months. We take the total and divide the payment by 12 payments. The total amount of the disbursements divided by 12 is equal to your monthly escrow payment.

- **Will my escrow payment amount remain the same if I remit the entire shortage amount at once?**
  By paying the full shortage amount this will result in an adjustment to your account which will result in a payment with the smallest possible increase in your monthly mortgage payment. It's important to keep in mind any increase in your real estate tax amounts and/or insurance premium may cause your payment amount to change even if you pay your shortage amount.

- **If I would like to remit the shortage payment, what steps do I need to take?**
  You may pay the entire shortage amount by returning the shortage coupon attached to the bottom of page 1 of your escrow analysis along with your check to: M&T Bank, Escrow Department, PO Box 64787, Baltimore, MD 21264-4787

- **What if I do not remit the shortage payment?**
  If you do not wish to remit the entire shortage payment in one lump sum, you can instead remit the new payment amount over the next 12 months. The escrow analysis calculation automatically spreads the shortage amount over the next 12 months.

- **Why did my monthly escrow payment amount change?**
  There are a number of reasons why escrow payment amounts change. Below are the most common reasons why the amount may change:

  **Real Estate Tax –**
  Tax rate and/or property's assessed value changed
  Tax exemption status added, changed or removed
  The payment of a supplemental tax bill or delinquent tax paid from escrow
  New tax requirement
  Tax(es) paid as a result of non-payment

  **Insurance Premium(s) –**
  Premium rate changed
  Coverage changed
  Additional premium paid but not anticipated to be paid from escrow, such as change in carrier
  New insurance requirement
  Lender paid insurance from escrow
  Flood insurance map changed

  **Payments –**
  Monthly payments received were a different amount than what was expected. For example:
  - The monthly payments received were less than the amount requested, shorting the funding of escrow
  - Previous escrow shortage amount was not paid in full before new analysis

- **Information Regarding Insurance –**
  Hazard insurance, also referred to as homeowner's insurance, is an insurance policy purchased to protect your property from certain hazards such as fire and theft. Policy coverage may vary. See your insurance policy information for details regarding your specific coverage(s).
  If you decide to change your insurance carrier, send the new policy information to: M&T Bank, Its Successors and/or Assigns, PO Box 5738, Springfield, Ohio 45501-5738

  Fax: 866-410-9956

  Additional questions can be directed to 888-882-1847.

- **Information Regarding Real Estate Tax Bills –**
  Where to mail your tax bill:

  M&T Bank
  PO Box 23628
  Rochester, NY 14692-9813
  FAX: 817-826-0675

Equal Housing Lender. ©2016 M&T Bank. Member FDIC. CS13075 (7/16) mtb.com